# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES MOSLEY,<br>　　Plaintiff,<br><br>　　v.<br><br>CIPRIANI & WERNER, PC and<br>SALVATORE VILARDI,<br>　　Defendants. | :<br>:<br>:<br>:  CIVIL ACTION NO. 24-CV-0510<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, this 19th day of March, 2024, upon consideration of Plaintiff James Mosley's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

_____
**MIA R. PEREZ, J.**